UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY TRIGIANI,   No. C 06-3211 MHP

    Plaintiff(s),   **REFERRAL ORDER**

v.

LEXINGTON INSURANCE COMPANY,

    Defendant(s).
_____/

Pursuant to Civil L.R. 3-12 (c), this matter is hereby referred to the Honorable Bernard Zimmerman to determine if this action should be related to the earlier filed action C 02-4522 BZ *Trigiani -v- The Padded Wagon Inc.* Parties shall file any response in opposition to or support of relating these actions pursuant to Civil L.R. 3-12 (d) within ten (10) days of service of this order.

Dated: May 17, 2006

                            MARILYN HALL PATEL
                            United States District Judge